1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

                    Plaintiff,

    vs.

ORANGE COUNTY

                  Defendant.

CASE NO. 10cv0154 JM(AJB)

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

      Plaintiff Grace L. Sandoval  has filed in excess of 130 separate actions in less than two years. 08cv1297, 08cv1621, 08cv1622,  08cv1623, 08cv1848, 08cv1849, 08cv1853, 98cv1854, 08cv1868, 08cv1869, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 08cv2151, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0441, 09cv0454, 09cv0455, 09cv0456, 09cv0474, 09cv0475, 09cv0476, 09cv0477, 09cv0478, 09cv0491, 09cv0492, 09cv0493, 09cv0494, 09cv0495, 09cv582, 09cv0583, 09cv585, 09cv586, 09cv0588, 09cv0600, 09cv0642, 09cv1232, 09cv1506, 09cv1506, 09cv1507, 09cv1508, 09cv1514, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv1849, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 09cv2217, 09cv2218, 09cv2244, 09cv2245, 09cv2250, 09cv2251, 09cv2252, 09cv2304, 09cv2305, 09cv2306, 09cv2307, 09cv2308, 09cv2309, 09cv2310, 09cv2311, 09cv2312, 09cv2313, 09cv2450, 09cv2452, 09cv2453, 09cv2462,09cv2463, 09cv2464, 09cv2465, 09cv2466, 09cv2467, 09cv2695, 09cv2696, 09cv2765, 09cv2767, 09cv2766, 09cv2768, 09cv2769, 09cv2770, 09cv2771, 09cv2772, 09cv2773, 09cv2875, 09cv2876, 09cv2877, 09cv2878, 09cv2879, 09cv2886, 09cv2889,

1  09cv2890, 09cv2893, 09cv2894, 09cv2895, 09cv2897, 09cv2898, 09cv2899, 09cv2900, 09cv29002,

2  09cv2903, 09cv2904, 10cv0068, 10cv0069, 10cv0070, 10cv0071, 10cv0072, 10cv0073, 10cv0111,

3  10cv0112, 10cv0113, 10cv0114, 10cv0115, 10cv0154.  Each action was brought in propria persona

4  and in forma pauperis.  Each appears to have been dismissed as frivolous or for failure to state a claim.

5  The present complaint fairs no better.

6        Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth

7  a rambling narrative of charges and conclusions concerning orphans from Orange County who are

8  illegally using her diplomas and college credits.  The orphans were also allegedly ordered to murder

9  Michael Jackson.  As the present complaint, like the scores of previously filed complaints, fails to

10  identify any basis for federal jurisdiction, or to set forth a coherent statement of the claims, the court

11  dismisses the complaint at bar as frivolous, for failure to state a claim, and for lack of subject matter

12  jurisdiction.

13        The Clerk of Court is instructed to dismiss the action without prejudice.  Until Plaintiff pays

14  the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is

15  instructed to reject for filing any further documents from Plaintiff in this case.

16        The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment

17  of counsel as moot.

18        **IT IS SO ORDERED.**

19

20  DATED:  January 21, 2010

21  _____
    Hon. Jeffrey T. Miller
22  cc:        All parties           United States District Judge

23

24

25

26

27

28